UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| TANYA STEARNS § | |
| § | |
| v. § | CIVIL NO. 4:20-CV-500-SDJ |
| § | |
| EXPERIAN INFORMATION § | |
| SOLUTIONS, INC., ET AL. § | |

## ORDER ON CLOSING DOCUMENTS AND STAYING DEADLINES

The Court has received the Notice of Settlement as to Defendant American Education Services ("AES") and Plaintiff Tanya Stearns's request to vacate all deadlines in this matter as to AES. (Dkt. #45).

It is therefore **ORDERED** that, on or before **May 3, 2021**, Stearns and AES shall file with the Court all papers necessary for the dismissal of AES from the case. If such papers are not received by the Court by the scheduled deadline, the Court may order counsel to appear at a hearing for the purpose of determining which party is responsible for the delay.

It is further **ORDERED** that any deadlines and hearings scheduled in this matter are **STAYED** as to AES pending further order of the Court.

**So ORDERED and SIGNED this 4th day of March, 2021.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE